# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| ANN. H.<br><br>Plaintiff(s)<br><br>v.<br><br>ANDREW SAUL<br><br>Defendant(s) | Case Number<br><br>20cv1690-MSB<br><br>**ORDER RE REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby **GRANTED**.

Dated: Sep 1, 2020

_____
Michael S. Berg
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ Legally and/or factually patently frivolous
☐ Other:

☐ District Court lacks jurisdiction
☐ Immunity as to

Comments:

Dated: _____

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

Dated: _____

_____
United States District Judge

Reset Form